**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| Elysia Elrod, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 9:25-cv-107 |
| | § | |
| Honda Motor Company, Ltd. and | § | |
| American Honda Motor Co., | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION(S) OF THE CORPORATE REPRESENTATIVE(S) OF DEFENDANT AMERICAN HONDA MOTOR CO.**

To: Defendant, American Honda Motor Co., by and through its counsel of record, Kurt C. Kern, Bridgett E. Harris and Tracy R. Kambobe of Nelson, Mullins, Riley & Scarborough, LLP, 5830 Granite Pkwy, Suite 1000, Plano, Texas 75024.

PLEASE TAKE NOTICE that, pursuant to Texas Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, will take the oral/videotape deposition(s) of the corporate representative(s) of American Honda Motor Co. ("Defendant"), as to all matters known or reasonably available to Defendant relating to matters identified in **Exhibit "A".**

The deposition(s) will take place on **November 5-6, 2026 starting at 11:00 a.m. Central Standard Time.** The deposition will be conducted virtually via Zoom Conferencing.

At least seven business days prior to the deposition, Defendant is requested to designate in writing to Plaintiff the name(s) of the person(s) who will testify on its behalf concerning the areas

of testimony set forth in the attached **Exhibit "A".** In addition, for each witness, Defendant is requested to specify in writing the topic(s) as to which that person will testify for Defendant.

The deposition(s) will continue from day to day until completed.

The deposition(s) will be taken for all purposes allowed by the Texas Rules of Civil Procedure and may be used in evidence upon the trial of said cause.

The deposition(s) will be recorded stenographically and may also be recorded on videotape. The stenographic recording(s) will be taken before a certified court reporter or other officer authorized by the law to administer oaths.

You may be present at such time to examine said witness(es) as you deem proper.

Respectfully submitted,

**The TRACY firm**

/s/ E. Todd Tracy

E. Todd Tracy (Attorney-in-Charge)
State Bar No. 20178650
TTracy@vehiclesafetyfirm.com
Garrett D. Rogers
State Bar No. 24110295
GRogers@vehilesafetyfirm.com
4701 Bengal Street
Dallas, Texas 75235
(214) 324-9000 – Phone
(972) 387-2205 – Fax

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2026, a true and correct copy of the foregoing document was caused to be served on all counsel of record in accordance with a manner authorized by the Texas Rules of Civil Procedure.

/s/ E. Todd Tracy
E. Todd Tracy
Garrett D. Rogers

**EXHIBIT "A"**

Plaintiff intends to take the oral/videotaped deposition(s) of American Honda Motor Co., pursuant to the Texas Rules of Civil Procedure, through one or more corporate representatives testifying on behalf of the Defendant ("Honda") on the following subjects:

1. Discuss the foreseeability of lower extremity injuries to frontal occupants in frontal impact events;
2. Discuss Honda's understanding of lower extremity injuries to front occupants in a frontal impact event;
3. Discuss the risk hazard analysis of lower extremity injuries for front occupants in the Subject Vehicle Platform;
4. Discuss all MADYMO, LSDYNA, or other computerized analysis used in developing the Subject Vehicle Platform that pertain to lower extremity injuries to front occupants in a frontal impact event;
5. Discuss all FEM, FEA, or finite element modeling/analysis used in developing the Subject Vehicle platform that pertain to lower extremity injuries to front occupants in a frontal impact event;
6. Discuss all DFMA, FMEA, fault tree analysis, root cause analysis, risk hazard analysis, engineering analysis, or by whatever name called used in developing the Subject Vehicle Platform that pertain to lower extremity injuries to front occupants in a frontal impact event;
7. Discuss Honda's use of the safety engineering triad in its development, design, and engineering process as it relates to evaluating lower extremity injuries for front occupants on the Subject Vehicle Platform;
8. Discuss Honda's development, design, and engineering process as it relates to evaluating, mitigating, and/or preventing lower extremity injuries for front occupants in the Subject Vehicle Platform;
9. Discuss Honda's use of the safety engineering triad in its development, design, and engineering process as it relates to evaluating lower extremity injuries for front occupants on any vehicle platform designed or manufactured by or on behalf of Honda;
10. Discuss Honda's development, design, and engineering process as it relates to evaluating, mitigating, and/or preventing lower extremity injuries for front occupants on any vehicle platform designed or manufactured by or on behalf of Honda;
11. Discuss any research conducted by Honda related to knee airbags for front occupants;
12. Discuss the purpose and benefits of knee airbags for front occupants in a frontal impact;

13. Discuss the use of knee airbags for front occupants in Honda vehicles;

14. Discuss Honda's decision to not equip the 2014-2022 Honda HR-V ("Subject Vehicle Platform") with knee airbags for front occupants;

15. Discuss any research conducted by Honda related to dual pretensioners for front occupants;

16. Discuss the purpose and benefits of dual pretensioners for occupants in a frontal impact;

17. Discuss the use of dual pretensioners for front occupants in Honda vehicles;

18. Discuss Honda's decision to not equip the 2014-2022 Honda HR-V ("Subject Vehicle Platform") with dual pretensioners for front occupants;

19. Discuss all frontal impact sled or crash testing of the Subject Vehicle Platform;

20. Discuss any sled or crash testing of the Subject Vehicle Platform where knee airbags and/or dual pretensioners for front occupants were evaluated;

21. Discuss any sled or crash testing of any vehicle designed or manufactured by or on behalf of Honda where knee airbags and/or dual pretensioners for front occupants were evaluated;

22. Discuss all computerized accident simulations ran with knee airbags and/or dual pretensioners for front occupants on the Subject Vehicle Platform;

23. Discuss all computerized accident simulations ran with knee airbags and/or dual pretensioners for front occupants on any vehicle designed or manufactured by or on behalf of Honda;

24. Discuss all claims or lawsuits for the Subject Vehicle Platform where the vehicle failed to contain knee airbags and/or dual pretensioners for front occupants;

25. Discuss Honda's benchmarking of other manufacturers use of knee airbags and/or dual pretensioners for front occupants;

26. Discuss the Subject Accident;

27. Discuss the injuries to the driver of the 2021 Honda HR-V ("Subject Vehicle");

28. Discuss marketing statements from Honda on its safety, testing, use of state-of-the-art technology, material, testing and safety advances as it relates to providing safety before, during and after a vehicle crash;

29. Discuss Honda's position on the use of safety advances, preventing serious injuries or death, and building crashworthiness safety systems;

30. Discuss Honda's knowledge of the risk, hazard and danger associated with lower extremity injuries to front occupants in a frontal impact event;

31. Discuss countermeasures that Honda has undertaken to address lower extremity injuries in front occupants in a frontal impact event;

32. Discuss knee airbag patents from Honda or any of its subsidiaries;

33. Discuss restraint system patents from Honda or any of its subsidiaries that utilized dual pretensioners;

34. Discuss all MADYMO, LSDYNA, or other computerized analysis used in developing the Subject Vehicle Platform that pertain to frontal impacts and evaluated knee airbags and/or dual pretensioners for front occupants;

35. Discuss all MADYMO, LSDYNA, or other computerized analysis used in developing any vehicle designed or manufactured by or on behalf of Honda that pertain to frontal impacts and evaluated knee airbags and/or dual pretensioners for front occupants;

36. Discuss all FEM, FEA, or finite element modeling/analysis used in developing the Subject Vehicle platform that pertain to frontal impacts and evaluated knee airbags and/or dual pretensioners for front occupants;

37. Discuss all FEM, FEA, or finite element modeling/analysis used in developing any vehicle designed or manufactured by or on behalf of Honda that pertain to frontal impacts and evaluated knee airbags and/or dual pretensioners for front occupants;

38. Discuss all DFMA, FMEA, fault tree analysis, root cause analysis, risk hazard analysis, engineering analysis, or by whatever name called used in developing the Subject Vehicle Platform where the subject of knee airbags and/or dual pretensioners for front occupants in frontal impacts was discussed;

39. Discuss all DFMA, FMEA, fault tree analysis, root cause analysis, risk hazard analysis, engineering analysis, or by whatever name called used in developing any vehicle designed or manufactured by or on behalf of Honda where the subject of knee airbags and/or dual pretensioners for front occupants in frontal impacts was discussed;

40. Discuss the ESV and RSV program as it relates to knee airbags and/or dual pretensioners for front occupants;

41. Discuss correspondence to and from any entity, organization, or agency on the subject of knee airbags and/or dual pretensioners for front occupants;

42. Discuss field studies or by whatever name called where Honda or someone on its behalf has evaluated knee airbags for front occupants;

43. Discuss any technical comparisons between a knee airbag and an active knee bolster;

44. Discuss the injury rate reduction when using a knee airbag;

45. Discuss what year any Honda entity first used a knee airbag on the driver's side on any vehicle anywhere in the world;

46. Discuss what year any Honda entity first used a knee airbag on the passenger's side on any vehicle anywhere in the world;

47. Discuss what any Honda entity has indicated what the purpose of a driver's side knee airbag is for;

48. Discuss what any Honda entity has indicated what the purpose of a passenger's side knee airbag is for;

49. Discuss frontal sled testing of the Subject Vehicle Platform where the front seated passenger seat was positioned full front, mid track and full rear;

50. Discuss frontal crash testing of the Subject Vehicle Platform where the front seated passenger seat was positioned full front, mid track and full rear;

51. Discuss Honda's understanding of a knee modifier and the desire to avoid use of a knee modifier in any Honda vehicle;

52. Discuss Honda's development and use of knee bolsters for front occupants;

53. Discuss Honda's desire to minimize intrusion into the front occupant footwell or toe-pan to decrease the risk of lower extremity injury;

54. Discuss Honda's understanding of knee restraint and any development of knee restraint devices;

55. Discuss Honda's understanding of occupant knee slide and Honda's desire to reduce an occupant's knee slide in a frontal impact;

56. Discuss any internal standards (including A-requirements for foreign markets) that apply to lower extremity injuries for front occupants in frontal impacts;

57. Discuss any marketing or advertisements from Honda or any other Honda entity that have discussed the safety of Honda's vehicles in terms of restraint systems;

58. Discuss any marketing or advertisements from Honda or any other Honda entity where Honda touted the safety of their vehicles because of extensive testing and/or engineering analysis;

59. Discuss Honda's understanding of crashworthiness; and

60. Discuss the distinction between cause of accident versus cause of injury.